United States District Court
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYNE NELSON

        Plaintiff,

  v.

OAKLAND, CITY OF

        Defendant.
_____/

NO. CV 02-05325 WDB

**CLERK'S NOTICE RE: DOCUMENT(S) E-FILED IN CASE NOT DESIGNATED FOR ECF**

On 2/4/04, counsel for Plaintiff/Defendant electronically filed a **Joint Case Management Statement, docket #28**. Pursuant to General Order 45 Section III (B) (see the Court's Electronic Case Filing Web site, http://ecf.cand.uscourts.gov), certain case types are excluded from e-filing. **Counsel is instructed to submit, in paper form, the electronically filed document(s) with the Clerk's Office.** The document(s) should not be filed again. The filer of the document(s) should mark the paper copy clearly with "E-filed on [date]. Copy for paper file".

Dated: February 17, 2004